No. 22-40786

# In the United States Court of Appeals for the Fifth Circuit

Netflix, Incorporated,
*Plaintiff-Appellee*,

*v.*

Lucas Babin,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Eastern District of Texas, Lufkin Division

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF**

| | |
|---|---|
| Ken Paxton<br>Attorney General of Texas | Judd E. Stone II<br>Solicitor General |
| Brent Webster<br>First Assistant Attorney General | Kathryn M. Cherry<br>Assistant Solicitor General<br>Kathryn.Cherry@oag.texas.gov |
| Office of the Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1700<br>Fax: (512) 474-2697 | Counsel for Defendant-Appellant |

# Certificate of Interested Persons

No. 22-40786

Netflix, Incorporated,
    *Plaintiff-Appellee*,

*v.*

Lucas Babin,
    *Defendant-Appellant.*

Under the fourth sentence of Fifth Circuit Rule 28.2.1, Appellant, as a governmental party, need not furnish a certificate of interested persons.

      /s/ Kathryn M. Cherry
      Kathryn M. Cherry
      *Counsel of Record for*
      *Defendant-Appellant*

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Appellant files this unopposed motion for an extension of time to file his opening brief, to and including February 22, 2023. In support thereof, Appellant respectfully shows the Court as follows:

1. Appellant's opening brief is currently due on January 23, 2023. Appellant seeks a 30-day extension of this time, to and including Wednesday, February 22, 2023, in which to file his opening brief. This is Appellant's first request for an extension of time, and it is unopposed.

2. The requested 30-day extension of time is necessary due to multiple engagements that have required or will require significant attention since the briefing order was issued in this case. The press of business from other ongoing litigation and the need for thorough exposition of the issues in this case necessitate the requested extension.

3. Undersigned counsel and others assisting in this matter are scheduled to file, or have recently filed, the following briefs for which they have significant responsibility; and have participated in, or have significant responsibility for, the following oral arguments:

- *Vasquez v. Collier*, No. 22-70008, appellees' brief filed December 12, 2022, in the Fifth Circuit Court of Appeals;

- *NetChoice, LLC v. Paxton*, No. 22-555, petition for a writ of certiorari filed December 20, 2022, in the U.S. Supreme Court;

- *Texas State University v. Tanner*, No. 22-0291, reply to response to petition for review filed December 21, 2022, in the Supreme Court of Texas;

- *James v. Hegar*, No. 22-50828, appellants' brief filed January 9, 2023, in the Fifth Circuit Court of Appeals;

- *Villarreal v. City of Laredo*, No. 20-40359, State intervenor's supplemental brief filed January 11, 2023, in the Fifth Circuit Court of Appeals;

- *Villarreal v. City of Laredo*, No. 20-40359, en banc oral argument before the Fifth Circuit Court of Appeals on January 25, 2023; and

- *Tawakkol v. Texas Dep't of Public Services*, No. 22-50434, reply brief due on February 21, 2023, in the Fifth Circuit Court of Appeals.

4. The extension is sought in the interest of justice and is not for delay. No party will be prejudiced if this unopposed request for an extension is granted. Appellee does not oppose this motion.

5. For the foregoing reasons, Appellant respectfully requests that the Court grant this unopposed motion for a 30-day extension of time to file his opening brief, making that brief due on February 22, 2023.

Respectfully submitted.

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Judd E. Stone II
Solicitor General

/s/ Kathryn M. Cherry
Kathryn M. Cherry
Assistant Solicitor General
Kathryn.Cherry@oag.texas.gov

Counsel for Defendant-Appellant

## Certificate of Conference

On January 17, 2023, the parties conferred regarding this motion, and counsel for Plaintiff-Appellee is unopposed to the relief requested.

/s/ Kathryn M. Cherry
Kathryn M. Cherry

## Certificate of Service

On January 18, 2023, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Kathryn M. Cherry
Kathryn M. Cherry

## Certificate of Compliance

This brief complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 405 words, excluding exempted text; and (2) the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Kathryn M. Cherry
Kathryn M. Cherry