**Case No. 22-40786**

In the United States Court of Appeals
for the Fifth Circuit

**NETFLIX, INC.,**

PLAINTIFF-APPELLEE

V.

**LUCAS BABIN**

DEFENDANT-APPELLANT

From the United States District Court, Eastern District of Texas,
Lufkin Division, Civil Action No. 9:22-CV-00031,
Honorable Michael J. Truncale, U.S. District Judge

**NETFLIX INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS APPELLEE'S BRIEF**

E. Leon Carter
Texas Bar No. 03914300
lcarter@carterarnett.com
Joshua J. Bennett
Texas Bar No. 24059444
jbennett@carterarnett.com
CARTER ARNETT PLLC
8150 N. Central Expy, Suite 500
Dallas, Texas 75206
(214) 550-8188 (Telephone)
(214) 550-8185 (Facsimile)

David M. Prichard
Texas Bar No: 16317900
dprichard@prichardyoungllp.com
David R. Montpas
Texas Bar No. 00794324
dmontpas@prichardyoungllp.com
PRICHARD YOUNG, LLP
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 477-7400 (Telephone)
(210) 477-7450 (Facsimile)

## CERTIFICATE OF INTERESTED PERSONS

Counsel of record certifies that the following persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**Appellee**: Netflix, Inc.

**Counsel**: Joshua J. Bennett
CARTER ARNETT PLLC

David M. Prichard
PRICHARD YOUNG, LLP

**Appellant**: Lucas Babin

**Counsel**: Jonathan F. Mitchell
Mitchell Law PLLC

Kathryn Cherry
Office of the Solicitor General of the State of Texas

Christopher Lee Lindsey,
Office of the Attorney General of the State of Texas

Date: March 16, 2023

Respectfully submitted,

*/s/ Joshua J. Bennett*
Joshua J. Bennett
Texas Bar No. 24059444
jbennett@carterarnett.com
**CARTER ARNETT PLLC**
8150 N. Central Expy, Ste. 500
Dallas, Texas 75206
Telephone: 214-550-8188
Facsimile: 214-550-8185

David M. Prichard
Texas Bar No: 16317900
dprichard@prichardyoungllp.com
**PRICHARD YOUNG, LLP**
10101 Reunion Place, Ste. 600
San Antonio, Texas 78216
(210) 477-7400 (Telephone)
(210) 477-7450 (Facsimile)

**COUNSEL FOR NETFLIX, INC.**

Because Lucas Babin filed his appellant's brief on March 9, 2023, Netflix Inc.'s appellee's brief is due by April 10, 2023. However, between the press of other filings in other cases and the need for additional time to analyze the issues raised in Babin's brief, Netflix asks that the court extend Netflix's deadline to May 10, 2023.

Netflix's counsel have primary responsibility for drafting or participating in various matters pending in state and federal courts, including a reply brief due in *Ballew v. Dallas County Hospital District*, No. 05-22-01358, before Texas's Fifth District Court of Appeals; pretrial filings for a civil case set for trial April 18 in state district court (*Fischer v. Fischer*, DC-19-17340); and pretrial filings due by May 8, 2023 in an antitrust case pending in the United States District Court for the Western District of Texas (*United Biologics, LLC v. Superior HealthPlan*, Inc., No. 17-CV-1122) (among other cases).

Netflix seeks the extension to avoid prejudice and not for purposes of delay. Babin is unopposed to the extension and no party will be prejudiced by Netflix's request. Netflix therefore asks that the Court extend its deadline to file its appellee's brief by 30 days to May 10, 2023.

Dated: March 16, 2023        Respectfully submitted,

*/s/ Joshua J. Bennett*
E. Leon Carter
Texas Bar No. 03914300
lcarter@carterarnett.com
Joshua J. Bennett
Texas Bar No. 24059444
jbennett@carterarnett.com
**CARTER ARNETT PLLC**
8150 N. Central Expy, Suite 500
Dallas, Texas 75206
Telephone: 214-550-8188
Facsimile: 214-550-8185

David M. Prichard
Texas Bar No: 16317900
dprichard@prichardyoungllp.com
David Montpas
Texas Bar No. 00794324
dmontpas@prichardyoungllp.com
**PRICHARD YOUNG, LLP**
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 477-7400 (Telephone)
(210) 477-7450 (Facsimile)

**COUNSEL FOR NETFLIX, INC.**

2

## CERTIFICATE OF CONFERENCE

I certify that, on March 8, 2023, I conferred with Babin's counsel of record, Kathryn M. Cherry, regarding the extension sought. She confirmed that Babin is unopposed to the relief requested.

/s/ Joshua J. Bennett
Joshua J. Bennett

## CERTIFICATE OF SERVICE

I certify that, on March 16, 2023 all counsel of record were served with a true and correct copy of this motion through the Court's electronic filing system.

/s/ Joshua J. Bennett
Joshua J. Bennett

# CERTIFICATE OF COMPLIANCE WITH RULE 27 AND 32(a)

Certificate of Compliance with Page Limitation,
Typeface Requirements, and Type Style Requirements

1. This motion complies with the page limitation of FED. R. APP. P. 27(d)(3) because this motion contains 201 words, excluding the parts exempted by FED. R. APP. P. 32(a)(7)(B)(iii).

2. This brief complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word for Mac 2016 in 14-point font size and Century Supra style.

*/s/ Joshua J. Bennett*
Joshua J. Bennett